# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO. 3:17-324 |
| **FAIZAL BHIMANI, OM SRI, INC., NAZIM HASSAM, and POCONO PLAZA INN f/k/a QUALITY INN,** | : | (JUDGE MANNION) |
| | : | |
| **Defendants** | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

The government's motion in *limine*, **(Doc. 125)**, is **GRANTED IN PART** and **DENIED IN PART**, as discussed in the Memorandum. The court will allow the government to admit at trial the video recorded post-arrest statement of Faizal Bhimani, as redacted, against the two entity defendants. A determination of the portions of Bhimani's statement that implicate Hassam in criminal activity and that are incriminating against Hassam on their face will not be made until after the government's evidence is presented at the trial.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: October 2, 2020**
17-324-02-ORDER