# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO. 3:17-324 |
| **FAIZAL BHIMANI, OM SRI SAI, INC.,** | : | (JUDGE MANNION) |
| **NAZIM HASSAM, and POCONO PLAZA INN f/k/a QUALITY INN,** | : | |
| **Defendants** | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

The motion of defendants Nazim Hassam and Om Sri Sai, Inc. to strike Kenya Evans' in court identification of Hassam as well as all of her testimony related to Hassam, **(Doc. 159)**, is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: October 22, 2020**
17-324-03-ORDER