UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:17-324 |
| FAIZAL BHIMANI, OM SRI SAI, INC., NAZIM HASSAM, and PLAZA INN f/k/a QUALITY INN, | : : | (JUDGE MANNION) |
| Defendants | : | |

# VERDICT FORM

COURT EXHIBIT #1

**WE, THE JURY, MAKE THE FOLLOWING UNANIMOUS FINDINGS BEYOND A REASONABLE DOUBT:**

### COUNT 1:

### Sex Trafficking by Force or Coercion, Aid and Abet

We, the jury, as to **Count 1** of the Indictment, Sex Trafficking by Force or Coercion, unanimously find the defendant, FAIZAL BHIMANI:

Guilty ✓         Not Guilty _____

We, the jury, as to **Count 1** of the Indictment, Sex Trafficking by Force or Coercion, unanimously find the defendant, OM SRI SAI, INC.:

Guilty ✓         Not Guilty _____

## COUNT 2:

## Sex Trafficking Conspiracy

We, the jury, as to **Count 2** of the Indictment, Sex Trafficking Conspiracy, unanimously find the defendant, FAIZAL BHIMANI:

Guilty ✓           Not Guilty _____

We, the jury, as to **Count 2** of the Indictment, Sex Trafficking Conspiracy, unanimously find the defendant, OM SRI SAI, INC.:

Guilty ✓           Not Guilty _____

## COUNT 3:

### Conspiracy to Distribute and Posses With Intent to Distribute Controlled Substances

We, the jury, as to **Count 3** of the Indictment, Drug Trafficking Conspiracy, unanimously find the defendant, FAIZAL BHIMANI:

Guilty __✓__     Not Guilty _____

We, the jury, as to **Count 3** of the Indictment, Drug Trafficking Conspiracy, unanimously find the defendant, NAZIM HASSAM:

Guilty __✓__     Not Guilty _____

We, the jury, as to **Count 3** of the Indictment, Drug Trafficking Conspiracy, unanimously find the defendant, OM SRI SAI, INC.:

Guilty __✓__     Not Guilty _____

## COUNT 4:

## Managing a Drug Premises

We, the jury, as to **Count 4** of the Indictment, Managing a Drug Premises, a hotel in Bartonsville, Pennsylvania, unanimously find the defendant, FAIZAL BHIMANI:

Guilty ✓         Not Guilty _____

We, the jury, as to **Count 4** of the Indictment, Managing a Drug Premises, a hotel in Bartonsville, Pennsylvania, unanimously find the defendant, NAZIM HASSAM:

Guilty ✓         Not Guilty _____

We, the jury, as to **Count 4** of the Indictment, Managing a Drug Premises, a hotel in Bartonsville, Pennsylvania, unanimously find the defendant, OM SRI SAI, INC.:

Guilty ✓         Not Guilty _____

## COUNT 5:

## Managing a Drug Premises

We, the jury, as to **Count 5** of the Indictment, Managing a Drug Premises, a hotel in Stroudsburg, Pennsylvania, unanimously find the defendant, NAZIM HASSAM:

Guilty ✓             Not Guilty _____

We, the jury, as to **Count 5** of the Indictment, Managing a Drug Premises, a hotel in Stroudsburg, Pennsylvania, unanimously find the defendant, FAIZAL BHIMANI:

Guilty ✓             Not Guilty _____

We, the jury, as to **Count 5** of the Indictment, Managing a Drug Premises, a hotel in Stroudsburg, Pennsylvania, unanimously find the defendant, POCONO PLAZA INN, f/k/a QUALITY INN:

Guilty ✓             Not Guilty _____

The foregoing is the unanimous verdict of the jury in the above-captioned case of UNITED STATES OF AMERICA v. FAIZAL BHIMANI, OM SRI SAI, INC., NAZIM HASSAM, and POCONO PLAZA INN f/k/a QUALITY INN.

Date: 10/23/20

JURY FOREPERSON

**Please have the foreperson sign and date this verdict form, place it in the envelope provided, and inform the courtroom security officer that you have a verdict.**