UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| v. | **:** | **CRIMINAL NO. 3:17-324** |
| **FAIZAL BHIMANI, OM SRI SAI, INC.,** | **:** | **(JUDGE MANNION)** |
| **NAZIM HASSAM, and POCONO PLAZA INN f/k/a QUALITY INN,** | **:** | |
| **Defendants** | **:** | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

The motion of defendants Nazim Hassam, Om Sri Sai, Inc., and Pocono Plaza Inn for judgment of acquittal pursuant to Fed.R.Crim.P. 29, **(Doc. 189)**, is **DENIED IN ITS ENTIRETY**, as specified in the accompanying Memorandum.

The alternate motion of defendants Nazim Hassam, Om Sri Sai, Inc., and Pocono Plaza Inn for a new trial pursuant to Fed.R.Crim.P. 33, **(Doc.**

- 2 -

**189)**, is **DENIED IN ITS ENTIRETY**, as specified in the accompanying Memorandum.[1]

                                              s/ *Malachy E. Mannion*
                                              **MALACHY E. MANNION**
                                              **United States District Judge**

**DATE: November 8, 2021**
17-324-04-ORDER

---

[1] By separate Order, the court will schedule the sentencing for all of the defendants.