UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-1436

_____

UNITED STATES OF AMERICA

v.

FAIZAL BHIMANI,
    Appellant

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 3-17-cr-00324-001)
U.S. District Judge: Honorable Malachy E. Mannion

_____

Submitted under Third Circuit L.A.R. 34.1(a)
July 13, 2023

_____

Before: SHWARTZ, RESTREPO, and CHUNG, Circuit Judges.

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted on July 13, 2023, pursuant to Third Circuit L.A.R. 34.1(a).

On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered February 24, 2022, is hereby AFFIRMED. Costs shall not be taxed in this matter. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATE: August 10, 2023

Certified as a true copy and issued in lieu of a formal mandate on September 1, 2023

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**